**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

REGIONS BANK/MORGAN KEEGAN                                                    PLAINTIFFS
TRUST, in the capacity of Guardian of the
Estate of Connor Smith, a minor; and
DAVID SMITH and MANDY SMITH,
individually and as parents of Connor Smith

v.                                         NO. 3:11CV00182 JLH

GLAXOSMITHKLINE HOLDINGS
(AMERICAS), INC.; GLAXOSMITHKLINE,
LLC; GLAXOSMITHKLINE SERVICES,
INC.; and JOHN DOES 1 THROUGH 100                                            DEFENDANTS

<u>**ORDER**</u>

Without objection, the motion for extension of time to file an answer or other responsive

pleading filed by defendants GlaxoSmithKline Holdings (Americas), Inc., GlaxoSmithKline, LLC,

and GlaxoSmithKline Services, Inc., is GRANTED.  Document #4.  The time within which the

defendants must answer or otherwise respond to the complaint is extended up to and including

October 7, 2011.

IT IS SO ORDERED this 16th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE