**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| REGIONS BANK/MORGAN KEEGAN TRUST, in the capacity of Guardian of the Estate of Connor Smith, a minor; and DAVID SMITH and MANDY SMITH, individually and as parents of Connor Smith | PLAINTIFFS |
| v.         NO. 3:11CV00182 JLH | |
| GLAXOSMITHKLINE HOLDINGS (AMERICAS), INC.; GLAXOSMITHKLINE, LLC; GLAXOSMITHKLINE SERVICES, INC.; and JOHN DOES 1 THROUGH 100 | DEFENDANTS |

**ORDER**

The parties have filed a joint stipulation of dismissal without prejudice. Accordingly, this action is dismissed without prejudice, with each party to bear his own attorneys' fees and costs.

IT IS SO ORDERED this 4th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE